## IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>**JACQUELINE FAYE GOLDHAGEN,**<br><br>　　　　　　　　Defendant | Case No:   15-cv-3304-TON |

## ORDER

AND NOW, this ____ day of July, 2015, upon consideration of **Plaintiff's Motion To Strike,** It is hereby ORDERED that the motion is **granted.**  Docket #3 is hereby stricken from the record.

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>**JACQUELINE FAYE GOLDHAGEN,**<br><br>　　　　　　　　Defendant | Case No:   15-cv-3304-TON |

### PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S RULE 11 MOTION

**Plaintiff** Gordon Roy Parker ("Plaintiff"), in the above-styled action, moves this Court to strike the above-referenced motion, pursuant to Federal Rule 12(f).  In support, he avers:

　　1.　Defendant filed the Rule 11 motion immediately after Plaintiff told him to "file it."  While Plaintiff was unaware of the procedure (or had forgotten it after years of *not* litigating), he is seeking swift resolution of this action, and will not object on those grounds, but on others.

　　2.　The Rule 11 motion, already before this court, is but an excuse for Defendant to "rain" defamatory, scandalous, irrelevant and prejudicial epithets at Plaintiff, throughout the pleading.

　　3.　So much material in the pleading needs to be stricken, that the entire pleading needs to be stricken.

### PRAYER FOR RELIEF

Plaintiff prays for an order striking Defendant's Rule 11 Motion (*3) from the record.

## MEMORANDUM

Plaintiff incorporates by reference, as if fully stated verbatim herein, Defendant's Rule 11 motion (*3), and Plaintiff's concurrently filed Repsonse and Memorandum in Support of his response to that motion. The necessary argumens are contained there and restated here.

This the 2nd day of July, 2015

_____
Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(267) 298-1257
SnodgrassPublish@aol.com
**PLAINTIFF**
