IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| GORDON ROY PARKER,<br><br>                      Plaintiff<br><br>v.<br><br>JACQUELINE FAYE GOLDHAGEN,<br><br>                      Defendant | Case No:  15-cv-3304-TON |

## ORDER

AND NOW, this ____ day of July, 2015, in consideration of **Plaintiff's Motion For Thirty-Day Stay Of Proceedings,** the order is GRANTED.

 

                                                                                                   _____

                                                                                                                             J.

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br><br>**Plaintiff**<br><br>v.<br><br>**JACQUELINE FAYE GOLDHAGEN,**<br><br>**Defendant** | Case No:   15-cv-3304-TON |

## PLAINTIFF'S MOTION FOR THIRTY-DAY STAY OF PROCEEDINGS

Gordon Roy Parker, Plaintiff in the above-styled action, hereby moves this court for a thirty-day (30-day) stay of proceedings so that he may properly recover from a persistent medical issue with which he is (so far) successfully dealing.

As of this writing, Plaintiff has a potentially life-threatening condition which is curable with surgery and with which he must deal medically before he is fit to roam this earth on his own without doing so *against medical advice*. Since filing of his Notice to this effect of July 20, 2015, Plaintiff's treatment and recovery has been delayed by yet *another* temporary medical issue which is likely to delay his ability to deal with the first issue. However this may seem, once the issue(s) are dealt with, Plaintiff's condition should stabilize.

Plaintiff has been unable to compose more than a "bare bones" reply brief in Parker v. Goldhagen, and with three other reply briefs due, against defendants whose counsel has called into question Plaintiff's ability to litigate, he seeks this stay so he may properly deal with the issues raised in response to the outstanding motions in this and his other cases.

For the reasons set forth above, a thirty-day stay is justified.

This the 21st day of July, 2015

*[signature]*

Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(267) 298-1257
SnodgrassPublish@aol.com
**PLAINTIFF**

## IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br><br>**Plaintiff**<br><br>v.<br><br>**JACQUELINE FAYE GOLDHAGEN,**<br><br>**Defendants** | **Case No: 15-cv-3304-TON** |

### CERTIFICATE OF SERVICE

I, Gordon Roy Parker, Plaintiff in the above-styled action, hereby certify that I have served a copy, by **regular and electronic mail**, to Defendant's counsel of record, **Plaintiff's Motion For Thirty-Day Stay Of Proceedings**:

    Gary Green, Esq.

    Sidkoff Pincus & Green
    1100 Market, 27th Floor
    Philadelphia, PA  19107-3601
    gg@greatlawyers.com

This the 21st day of July, 2015.

 

Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(267) 298-1257
SnodgrassPublish@aol.com
**PLAINTIFF**