IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, a/k/a "Ray Gordon" <br> **Plaintiff** <br> v. <br> JACQUELINE FAY GOLDHAGEN a/k/a Jacqui Holland <br> **Defendant** | CIVIL ACTION NO. 15-3304 |

### ORDER

It is hereby ordered that Plaintiff's Motion for Thirty-Day Stay of Proceedings is DENIED. It is hereby ORDERED that the parties shall have a 30 day extension of time to file any Responses or Replies.

_T.N. O'Neill_ J.
7/22/15