IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| GORDON ROY PARKER,<br><br>Plaintiff<br><br>v.<br><br>JACQUELINE FAYE GOLDHAGEN,<br><br>Defendant | Case No:   15-cv-3304-TON |

### ORDER

AND NOW, this ___ day of August, 2015, in consideration of Plaintiff's Motion For Leave To Amend Motion To Disqualify Defense Counsel, the motion is GRANTED.  The Clerk shall file and docket Exhibit A as the Amended Motion.

SO ORDERED.

_____
J.

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br><br>Plaintiff<br><br>v.<br><br>**JACQUELINE FAYE GOLDHAGEN,**<br><br>Defendant | Case No:   15-cv-3304-TON |

## MOTION FOR LEAVE TO AMEND PLAINTIFF'S
## MOTION TO DISQUALIFY DEFENSE COUNSEL

**Plaintiff** Gordon Roy Parker ("Plaintiff"), asks this Court for leave to file the attached Exhibit A (incorporated by reference as if stated verbatim herein) as an Amended Motion To Disqualify Defense Counsel.

### Background

1.  As the Court has been made aware, Plaintiff has been dealing with a serious, though treatable/curable, medical issue for most of this lawsuit, having been "in and out" of the hospital for the past month, and was unable to properly amend this motion prior to a responsive pleading being filed. He was also unable to properly brief the Court on this issue.

2.  In the initial instant motion, Plaintiff asserted that defense counsel was a federal contractor, which defense counsel has responded to by claiming that his firm is not (without evidentiary support). While Plaintiff still believes this issue is in controversy, contractor status is not material to his greater argument regarding attacks on his employability. This, however, is not the gravamen of the motion to disqualify.

     3.    Since the filing of this motion, Defense counsel has yet again attempted to "tar and feather" Plaintiff, this time by referring to him in his client's Motion To Dismiss as an "insolvent, unemployable ward of the government." This is part of a long pattern of conduct designed to harass and intimidate Plaintiff into settling dropping this lawsuit.

     4.    The Amended motion more accurately reflects the current status of this case, and Plaintiff's recovered abilities to research.

     WHEREFORE, for the reasons set forth herein, the instant motion should be **granted**. An appropriate form of order is attached.

This the 18th day of August, 2015

                                   Gordon Roy Parker, Pro Se
                                   4247 Locust Street, #119
                                   Philadelphia, PA 19104
                                   (267) 298-1257
                                   SnodgrassPublish@aol.com
                                   **PLAINTIFF**