**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GORDON ROY PARKER,** | : | **CIVIL ACTION NO. 15-3304** |
| a/k/a "Ray Gordon" | : | |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **JACQUELINE FAY GOLDHAGEN** | : | |
| a/k/a Jacqui Holland | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2015, upon consideration of

Defendant's Reply to Plaintiff's Response to Defendant's Motion for Rule 11 Sanctions, it is

hereby ORDERED that Defendant's Motion for Rule 11 Sanctions is GRANTED.

_____
                                                                                        J.

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GORDON ROY PARKER,** | : | **CIVIL ACTION NO. 15-3304** |
| a/k/a "Ray Gordon" | : | |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **JACQUELINE FAY GOLDHAGEN** | : | |
| a/k/a Jacqui Holland | : | |
| **Defendant** | : | |

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR RULE 11 SANCTIONS CONTAINING "ADDITIONAL AVERMENTS"**

Defendant, Jacqui Holland, by and through her undersigned counsel, hereby replies to

Plaintiff's Response to Defendant's Motion for Rule 11 Sanctions.

**Introduction**

Defendant's Rule 11 Motion was filed because Plaintiff had no legitimate reason to sue

her, and instead, used the lawsuit to trumpet his cyber-stalking and cyber-bullying of a beautiful

actress to his fans and others with whom Plaintiff interacts on the Internet. He alone chose to sue

a California citizen in Pennsylvania and force her to spend her life savings in the defense of a

lawsuit Plaintiff filed pro se. The transaction described in the Complaint and Amended

Complaint does not give rise to any cause of action, but to make matters worse, Plaintiff

intentionally camouflaged the lack of merit in his case with statements in the Complaint (and

Amended Complaint) that were not only immaterial, but also, gratuitously demeaning and

insulting to Defendant, and at the same time were falsely suggestive of issues that are simply not

justiciable in this lawsuit. Stripped to its core, the facts behind the incident that gave rise to the

case, as gleaned from the Complaint and Amended Complaint are as follows:

2

► A movie actress embarked on a different career path, and completed the courses needed to obtain a certification for her new occupation of being a hypnotherapist.

► Defendant videotaped hypnotherapy sessions with her clients, and some were posted on YouTube.

► Plaintiff, after seeing a YouTube video of Defendant hypnotizing a client, searched for a way to contact Defendant on the Internet.

► Plaintiff's search of the Internet yielded a way to contact Defendant on Custom Club, a web site on which Defendant had previously been listed before she had embarked on her new career as a hypnotherapist, where actresses and models offered custom-made adult videos.

► Plaintiff's sent a message to Defendant through Custom Club in which he offered to pay Defendant $1,000 if Defendant would use her hypnotherapy skills to film a custom video for chess game training.

► Defendant immediately replied she was no longer affiliated with Custom Club, and could not use its payment system, and suggested Plaintiff could pay her through PayPal.

► Plaintiff rejected the PayPal method, and terminated the transaction without ordering the video or paying Defendant.

► Plaintiff then posted negative, disparaging reviews about Defendant on popular Internet consumer sites that created the false impression that he knew or was a customer of Defendant.

► Defendant posted a rebuttal on one of the consumer websites that linked Plaintiff's name to a webpage that discussed Plaintiff's history of being a cyber-stalker and cyber-bully.

Despite that the facts afforded Plaintiff no cause of action, and no grounds to drag Defendant 3,000 miles from where she resides into a Pennsylvania court that has no personal jurisdiction, Defendant filed the original Complaint, and then posted a copy of it immediately on numerous websites where Defendant interacted with friends and family (i.e., Facebook and Twitter). This was cyberstalking since Plaintiff had no legitimate reason to follow Defendant around the Internet just to torment her with his postings.  The apparent real thrill Plaintiff obtained however was when he posted the Complaint and bragged about filing it on the enumerable websites where Plaintiff has established a presence, including those frequented by his "fans" in the Pick-Up-Artist community – where Plaintiff fancies himself a Guru for socially-

challenged, awkward and self-loathing men who think a mentally ill, bi-polar, disabled person like Plaintiff could teach them the knack of how to be successful in picking up strange women for sex.

The ill-considered Complaint was filed, in part, to fabricate the false appearance of a real dispute between Plaintiff and Defendant to impress Plaintiff's fans in the online, Pick-Up-Artist community. The filing of the Complaint was touted by Plaintiff as proof that he and Defendant, a movie and television actress, had sufficient enough relationship to lead to a federal lawsuit.

In response to Defendant's motion to enforce Rule 11 against Plaintiff's violations, we find Plaintiff assuming the role of First Amendment Freedom Rider. The First Amendment part is Plaintiff's argument in his response to the Rule 11 Motion that his cyberstalking of Defendant and his falsely worded consumer reviews that ruined Defendant's nascent hypnotherapy business were all but required of him by the First Amendment—and further that the notion of Freedom of Speech condoned his malicious filing of a lawsuit to ad gravitas to his campaign of cyber-bullying and cyber-stalking. Plaintiff argues that he is the real victim because rather than lay down and let Defendant ruin both her life and new hypnosis occupation, Defendant retained a lawyer who exposed Plaintiff for the faker and dangerous person he is.

Plaintiff admitted in his recently filed case, *Parker v. Social Security Administration*, *et al.*, 2:15-cv-03453-PBT (E.D. Pa. 2015) (known herein as "*Parker v. SSI*" a copy of which is attached hereto as Exhibit "A") that he is afflicted with mental illness, and suffers from bipolar disorder that is severe enough to qualify him for full Social Security disability. In ¶ 30, Parker alleges categorically, and without exception, "Simply put, no one likes Plaintiff and no one will hire him…due to his attitude and mental illness." Nonetheless, the federal court system is not a place where mentally ill patients can obtain therapy at the expense of innocent bystanders. At

this stage of the case, the Court is armed with the power under Rule 11 to avoid further harm to Defendant by Plaintiff's gaming of the federal court system. Indeed, Plaintiff's malice and improper motives for filing the lawsuit were re-established by a recent email to Defendant's counsel where he threatened to repeat his flooding of the Internet with disparaging statements about Defendant. *See* July 18, 2015 Email, Exhibit "B", a copy of which is attached hereto.

Rather than restrain himself and withhold further Internet postings about Defendant, Plaintiff emailed Defendant's counsel to argue that he will once again become a First Amendment Freedom Rider and will continue to alert the world that "she's a self-admitted fetish model who continues to market to the fetish, and even hypnotizes random people over internet camera without any diligence." *See* August 20, 2015 email, Exhibit "C", a copy of which is attached hereto. After Plaintiff attempted to slash and burn Defendant's business to the ground by posting slanderous and harassing material on Defendant's Yelp page, Defendant renamed herself and her business. However, Plaintiff is once again trying to harm Defendant's business prospects by updating his Ripoff Report by linking Defendant's new business to this lawsuit:

> **#1** Author of original report
> **She is now "Synergy Hypnosis & Life Coaching" And "Jacqueline Faye"**
> **AUTHOR: - ()**
> SUBMITTED: Wednesday, August 19, 2015
>
> Ms. Holland has changed the name of her hypnotherapy business to "Synergy Hypnosis & Life Coaching."  Her new website is http://www.synergy-hypnosis.com
> Jacqui has said some really horrible things about me in the lawsuit pleadings, and I have rebutted them with my own pleadings.  I have created a page on my website with most of the major pleadings from Parker v. Goldhagen, for those who want to see the pleadings without having to pay PACER fees:
>
> http://www.toosmarttofail.com/jacqpot.html
> Suffice it to say I take issue with what was said about me in the pleadings, but the reader should read my responses, and keep an open mind until this litigation runs its course.

*See* a copy of the full Ripoff Report attached hereto as Exhibit "D". Given Plaintiff's prior actions in harming Defendant's business, Defendant's Rule 11 Motion is critical in preventing any further damage by Plaintiff.

**Defendant's Response to Plaintiff's Additional Averments.**

19.     Denied. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph.

20.     Admitted and Denied. It is denied that Defendant's counsel verbally abused Plaintiff. The entire allegation is specifically and expressly denied, except for the following: It is admitted that Defendant's counsel invited Plaintiff to call him, and that there was a telephone conversation.  It is admitted that Defendant's counsel stated that there was an organization willing to help Defendant defray what she would owe her lawyers if she ran out of funds. It is admitted that Defendant's counsel told Plaintiff that he had committed wrongdoing against Defendant that cost her damages, and that Plaintiff was told that Defendant was contemplating an action in a forum that had jurisdiction over both parties since Pennsylvania lacked personal jurisdiction over Defendant. It is admitted that in subsequent email correspondence, Defendant offered a mutual stay-away settlement where each side would be barred by a Consent Decree from mentioning the other orally, in writing or electronically and that they would be barred from communicating with the other; but Plaintiff rejected that proposal because he intended to continue to cyber-bully and cyber-stalk Defendant on the Internet.

21.     Denied. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph.

22.    Denied. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations of this paragraph. By way of further answer, the averments of this paragraph are conclusions of law to which no response is required.

Wherefore, Defendant's Motion for Rule 11 Sanctions should be granted.

Respectfully submitted,

_____
Gary Green, Esquire
Attorney I.D. PA 15730
**SIDKOFF, PINCUS & GREEN, P.C.**
2700 Aramark Tower
1101 Market Street
Philadelphia, PA  19107
(215) 574-0600

Dated: August 20,  2015

(215) 574-0310 (fax)
**Attorney for Defendant Jacqui Holland**

**MEMORANDUM OF LAW**

Defendant Jacqui Holland ("Defendant") submits this Brief in support of her Reply to Plaintiff Gordon Roy Parker's ("Plaintiff") Response to Defendant's Motion for Rule 11 Sanctions.

## I.    INTRODUCTION

On June 12, 2015, Plaintiff filed this lawsuit *pro se*, and on June 30, following written confirmation from Plaintiff, Defendant filed her Motion for Rule 11 Sanctions. Plaintiff subsequently filed his First Amended Complaint on July 2, 2015, as well as his Response to Defendant's Motion for Rule 11 Sanctions and a Motion to Strike Defendant's Motion for Rule 11 Sanctions. Plaintiff is using his Response Motion to further disparage and harass Defendant, and his arguments in opposition to an award of sanctions are mere reiterations of the claims he made in his Complaint, and therefore fail to demonstrate why sanctions should not be imposed.

## II.    ARGUMENT

### A.    Defendant Has Not Waived Personal Jurisdiction

#### 1.    Plaintiff's argument that Defendant waived personal jurisdiction because his claims arise under the Declaratory Judgment Act is improper

Plaintiff's argument that Defendant waived personal jurisdiction because her actions gave rise to Plaintiff's claim under the Declaratory Judgment act is simply wrong. In declaratory judgment actions, as in all lawsuits, due process requires that a court must have personal jurisdiction over the defendant: specific or general. Specific personal jurisdiction exists if the cause of action either arises from or is related to a set of "minimal contacts" that the defendant has purposely made with the forum state, such that maintenance of the suit does not "offend traditional notions of fair play and substantial justice." *Int'l Shoe Co. v. Washington,* 326 U.S.

310, 316 (1945). General personal jurisdiction, on the other hand, is jurisdiction over the defendant for any lawsuit and regardless of whether it arises from or is related to the defendant's contacts with the forum state as a result of a statute that invest the courts with jurisdiction. Neither is present in this case, as explained in Defendant's Motion to Dismiss at pp. 3-5.

The courts have established a set of standards for determining personal jurisdiction based on a cause of action that alleges that activity on the Internet gave rise to activities in the forum state sufficient to satisfy the state's Long Arm Statute and the due process rights of the Defendant. Significantly, many of these cases were intellectual property infringement suits were declaratory relief was requested.  In each one, the traditional tests for personal jurisdiction were applied, and the request for declaratory relief did not alter the fundamental due process, fairness and state Long Arm requirements. Plaintiff has not satisfied any of the standards for personal jurisdiction since what he alleges Plaintiff did (i.e., send him an email after he contacted her via the Custom Club link), is woefully insufficient. *See IDS Life Ins. Co. v. SunAmerica, Inc.*, 958 F. Supp. 1258, 1268 (N.D. Ill. 1997) (holding that general advertising and use of the Internet are "not the type of purposeful activity related to the forum that would make the exercise of jurisdiction fair, just or reasonable"); *Bensusan Restaurant Corp. v. King*, 937 F. Supp. 295, 300 (S.D.N.Y. 1996) (stating that "creating a site, like placing a product into the stream of commerce, may be felt nationwide - or even worldwide - but, without more, it is not an act purposefully directed toward the forum state"); *Cybersell Inc. v. Cybersell Inc.*, 130 F.3d 414, 419 (9th Cir. 1997) (holding that the defendant had not purposely availed itself to the plaintiff's forum state by using a registered name "on an essentially passive web page advertisement" and recognizing that "[o]therwise, every complaint arising out of alleged trademark infringement on the Internet

would automatically result in personal jurisdiction wherever the plaintiff's principal place of business is located").

In *Zippo Manufacturing Company v. Zippo Dot Com, Inc.*, 952 F. Supp. 1119 (W.D. Penn. 1997), an often cited case where a declaratory order was sought among other remedies, the court held that the standard rules for finding personal jurisdiction apply-even in an Internet related case. In *Zippo*, a plaintiff in Pennsylvania held a trademark on the name "Zippo." The defendant, located in California operated an online news reporting service under the name "Zippo" which appeared in its registered Internet domain names. The plaintiff sued the defendant in Pennsylvania for trademark causes of action and sought, *inter alia*, declaratory and injunctive relief. The defendant moved to dismiss for lack of personal jurisdiction, claiming no other contact with the forum state of Pennsylvania other than via the Internet. The *Zippo* court, (*id.* 952 F. Supp. at 1124), described a sliding scale and held, as is apt here, "At the opposite end [of a business with repeated transmissions and contacts in the forum state] are situations where a defendant has simply posted information on an Internet Web site which is accessible to users in foreign jurisdictions. A passive Web site that does little more than make information available to those who are interested in it is not grounds for the exercise of personal jurisdiction. *E.g. Bensusan Restaurant Corp. v. King,* 937 F. Supp. 295 (S.D.N.Y. 1996)." Accordingly, merely adding a remedial claim for declaratory judgment does not relieve Plaintiff of the requirement of establishing the Court has personal jurisdiction.

Throughout his Response Motion, Plaintiff refers to a cease-and-desist letter sent by Defendant as the impetus for his initiating this lawsuit. Response Motion at pp. 7, 9, 15. But that does not help Plaintiff since, like it's sister Circuits, the Third Circuit held that such letters do not rise to the level of purposeful availing of the benefits of Pennsylvania law for purposes of

jurisdiction in Pennsylvania, as "grounding jurisdiction on such contacts alone would not comport with the principles of fairness." *Kehm Oil Co. v. Texaco, Inc.*, 537 F.3d 290, 301 (3d Cir. 2008). More to the point, there is no allegation that Defendant threatened to sue Plaintiff in Pennsylvania. The amature lawyer that Plaintiff pretends to be conjured up some improbable, jumbled legal theory that if Defendant sued she would have to sue in Pennsylvania, but that was never Defendant's intention, nor is Plaintiff close to the mark in making the argument. Given that Plaintiff admits in *Parker v. SSI* to being an unemployed and unemployable pauper who suffers from mental illness and is totally disabled, he is hardly the kind of deep pocket target that would attract a contingent fee based tort lawyer on the one hand; and on the other, based on Plaintiff's prolific Internet disparagement of Defendant in Plaintiff's postings and his program of aggressively stalking of Defendant, Plaintiff would be likely to establish jurisdiction in a forum closer to her home – if she actually decided to sue Plaintiff.

### 2. Defendant has not waived jurisdictional objections because she is not attempting to litigate on the merits

Plaintiff incorrectly cites *Gerber v. Riordan*, 649 F.3d 514, 517 (6th Cir. 2011) for the proposition that submitting a Motion for Rule 11 Sanctions is equivalent to entering a general notice of appearance, and therefore Defendant has waived her personal jurisdiction defense. Response Motion at p. 4. In fact, *Gerber* doesn't even discuss Rule 11 Sanctions. *Gerber v. Riordan*, 649 F.3d at 514. Contrary to Plaintiff's assertions, a Motion for Rule 11 Sanctions is not a responsive pleading nor a general appearance, so Defendant has not waived personal jurisdiction.

Further, even if Defendant's Motion for Rule 11 Sanctions is deferred until Defendant's Motion to Dismiss is decided, the filing of a Rule 11 Motion does not waive personal jurisdiction. In 2010, this Court ruled that parties did not waive personal jurisdiction by filing a

Rule 11 Motion prior to filing a motion to dismiss. T*ES Franchising, LLC v. J. Eric Dombach*, 2010 WL 5023249, at *3 (E.D. Pa. 2010). This Court determined that the case would not have been litigated any differently had the parties first moved for dismissal before seeking leave to file a Rule 11 motion. *Id.* Thus, the parties did not waive their right to assert personal jurisdiction. *Id.* Similarly, Defendant has not waived her right to assert personal jurisdiction because her Motion for Rule 11 Sanctions is not a responsive pleading nor a general appearance and may be deferred until this Court rules on her Motion to Dismiss.

**B.   Plaintiff's Response to Defendant's Motion for Rule 11 Sanctions is Vexatious and Harassing Because He is Using it as a Vehicle to Further Defame and Disparage <u>Defendant</u>**

Plaintiff cannot resist from relying on legal falsehoods to support his case and continuing to disparage and harass Defendant in legal filings. Hence, even now, Plaintiff is directly violating Rule 11(b)(1) by filing his response to the Rule 11 for "an improper purpose." First, Plaintiff continues to allege, improperly, that Defendant's actions instigated this lawsuit because she threatened to sue Defendant. *Pl.'s Response to Rule 11 Motion* at pp. 8-9.  Mere speculation of a future lawsuit is not enough to satisfy the requirements for declaratory relief, let alone preemptive lawsuits. (*See*, Motion to Dismiss, at pp. 8-11)

Second, Plaintiff's Response Motion is proof of his scheme to use this lawsuit as a means of getting under Defendant's skin and forcing her to interact with him in this lawsuit. Thus, he continues to exploit the fact that he can talk to Defendant through his Court filings to malign Defendant. On page nine of his Response Motion, Plaintiff writes:

> "What Defendant wants, however, is to silence Plaintiffs free speech, which she knows she cannot accomplish without the false imputation of a nonexistent romantic obsession **for a thirty-four year-old actress whose career is fading so rapidly that, in her own words, hypnosis is all that stands between her and a career in softcore pornography**." (Emphasis added)

This is precisely the kind of trash-talk that Plaintiff has used on the Internet to disparage Defendant's brand as an actress and hypnotherapist, and by being able to quote from an "official" document Plaintiff himself created and filed in this case, he gains his intended false legitimacy when he defames Defendant online. However, federal litigation is not something in Plaintiff's toolkit of character assassination devices that exists to provide him with false legitimacy for his Internet postings. Rather, Rule 11 bars the filing of such things for hidden agendas. Defendant's filed her Motion for Rule 11 Sanctions to stop Plaintiff from using filings in this case as the source of subsequent harassing attacks online.

Contrary to Plaintiff's assertions, he is not practicing free speech on Internet review websites such as Yelp, but rather defamatory, nuisance speech designed to harass Defendant and destroy her business prospects as an actress and hypnotherapist. See Exhibit A to Defendant's Motion for Rule 11 Sanctions for examples of Plaintiff's defamatory speech online.

### C. Plaintiff's Continuing Failure to Allege Cognizable Claims is an Abuse of Process and Merits Rule 11 Sanctions

#### 1. No contract existed between Plaintiff and Defendant

Plaintiff makes an argument that if he had not cancelled the transaction when Defendant informed him she could not accept payment through the Custom Club web site, he would have made a fortune exploiting the chess training video. However, he never even described to Defendant what he wanted in that video, and she took no action to create it because Plaintiff cancelled the transaction immediately. Yet, Plaintiff asserts in his response to the Rule 11 Motion the ludicrous argument that his fantasized dream of some sort of potential commercialization of a collaborative hypnosis video for which he had offered to pay $1,000 to Defendant, a complete stranger with whom he had neither spoken nor corresponded, is sufficient to support (what Plaintiff himself admits) the arbitrarily inflated damages he pled in the amount

of $325,000. The argument Plaintiff makes is either a known falsehood that Plaintiff put forth to toy with the Court and to exploit his pro se status, or it is a delusion from his illness. Plaintiff can find no support in any recognized jurisprudence for his wild theory, and he had no business alleging his bogus contract claim.

2. **Plaintiff's claim for Defamation relies on British and Australian legal theories not currently adopted in the United States**

In defense of his claim for Defamation, Plaintiff alleges "this lawsuit is a constitutional, as-applied challenge to 47 USC §230, made in good faith." Response Motion at p. 13. Earlier in his motion, Plaintiff cited to law from Australia and the UK that protects Internet Privacy rights that are not recognized in the United States. It appears that Plaintiff is using this Motion to inappropriately challenge the legality of federal law, rather than respond to Defendant's Motion for Rule 11 Sanctions.

3. **Plaintiff's recitation of the facts do not demonstrate a legal claim for fraudulent misrepresentation**

Despite Plaintiff's repeated assertions, the fact that he was supposedly mislead by Defendant into believing that she was a fetish hypnotist does not come close to satisfying the requirements for fraudulent misrepresentation. Under Pennsylvania law, a cause of action for fraudulent misrepresentation requires the following: "(1) a misrepresentation, (2) a fraudulent utterance thereof, (3) an intention by the maker that the recipient will thereby be induced to act, (4) justifiable reliance by the recipient upon the misrepresentation and (5) damage to the recipient as the proximate result." Martin v. Lancaster Battery Co., 606 A.2d 444, 448 (1992) (citing Scaife Co. v. Rockwell-Standard Corp., 285 A.2d 451,454 (1971), cert. denied, 407 U.S. 920(1972)). It was Plaintiff, not Defendant, who killed the deal after Defendant explained that

she had long since severed her ties with CustomsClub.com, and had asked it to take down all references to her, but her requests were ignored. Amend. Compl. at ¶ 16.

Plaintiff fails to allege fraudulent misrepresentation because Defendant did not create the Customs Club website in order to fraudulently induce Plaintiff into a contract which she had no intention of keeping. Defendant told Plaintiff that she did not want to be involved with that website, and offered an alternative payment route for Defendant if he wanted to still purchase a video. Plaintiff suffered no damages, an element of fraudulent misrepresentation, because he was the one to withdraw the offer.

## III.    **CONCLUSION**

For the foregoing reasons, Defendant's Motion for Rule 11 Sanctions should be granted.

Respectfully submitted,

_____
Gary Green, Esquire
Attorney I.D. PA 15730
**SIDKOFF, PINCUS & GREEN, P.C.**
2700 Aramark Tower
1101 Market Street
Philadelphia, PA  19107
(215) 574-0600
Dated: August 21, 2015                     (215) 574-0310 (fax)

## CERTIFICATE OF SERVICE

I, Gary Green, hereby certify that on this 21 of August, 2015, a true and correct copy of

*Defendant Jacqui Holland's Reply to Plaintiff's Response to Defendant's Motion to Dismiss*

*Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6)* and

Memorandum of Law was served on all parties, via first-class mail and by electronic filing,

postage prepaid to the following address:

Gordon Roy Parker
4247 Locust Street, #119
Philadelphia, PA 19104

Respectfully submitted,

Gary Green, Esquire
Attorney I.D. PA 15730
**SIDKOFF, PINCUS & GREEN, P.C.**
2700 Aramark Tower
1101 Market Street
Philadelphia, PA  19107
(215) 574-0600
Dated:                          (215) 574-0310 (fax)
**Attorney for Defendant Jacqui Holland**

# EXHIBIT A



**IN THE UNITED STATES COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GORDON ROY PARKER,** 4247 Locust Street, #119 Philadelphia, PA 19104 (267) 298-1257 SnodgrassPublish@aol.com,               **Plaintiff,** <br><br> v. <br><br> **SOCIAL SECURITY ADMINISTRATION,** 43rd and Chestnut, Philadelphia, PA 19104, and <br><br> **PENSION BENEFIT GUARANTY CORPORATION,** 2500 Grubb Road, #21, Wilmington, DE 19810, <br><br>               **Defendants** | Case No:   **15    3453** <br><br> **Complaint To "End Social Security As We Know It." (constitutional challenge Rule 5.1)** |

**COMPLAINT FOR VIOLATIONS OF THE REHABILITATION ACT OF 1973**

Plaintiff **Gordon Roy Parker** sets forth the following:

**THE CAST**

1.    Plaintiff is Gordon Roy Parker.  He has been on SSDI since 2014, having been awarded his back benefits in April, 2015.  His monthly benefit is $867.00 a month, from which his "mandatory" participation in Medicare will siphon approximately $138.00 a month, leaving him with $729.00 a month on which to survive.

2.    Defendants are the Social Security Administration ("SSA") and the Pension Benefit Guaranty Corporation ("PGBC").

**THE PLOT**

3.    This is a federal lawsuit, an *as-applied* challenge to the benefits-calculation formula for retirees, those on SSI, and those receiving pensions insured by PGBC with Plaintiff's hard-earned tax *dollar* [sic] (approximately his yearly federal tax liability these days).

1

4. According to Defendant SSA's own *Social Security History* website, President Roosevelt made clear that benefits had to be *earned!* Check it out:



how the courts would see this new function of government, the framers of the AAA deliberately placed the tax provisions and the subsidy provisions in separate titles of the act, so they could argue that they were not necessarily connected to each other; that is, so they could argue that the purpose of the tax was not to control production but was merely to raise revenue. This was the same strategy adopted by the framers of the Social Security Act, as can be seen in the separate Titles II and VIII of the original Social Security Act.

The old-age insurance system introduced in the Social Security Act was designed, at a public policy level, to be a contributory social insurance program in which contributions were made by workers to what was called the "old age reserve account," with the clear idea that this account would then be the source of monies to fund the workers' retirement. Actuarial studies were done to determine what the contribution rate would need to be in order to have sufficient reserves in the account to pay anticipated benefits. In the popular understanding of the program, the contributions established an "earned right" to the eventual benefits. President Roosevelt strenuously objected to any attempt to introduce general revenue funding into the program. His famous quote on the importance of the payroll taxes was: "*We put those payroll contributions there so as to give the contributors a legal, moral, and political right to collect their pensions and unemployment benefits. With those taxes in there, no damn politician can ever scrap my social security program.*" [2]

http://www.ssa.gov/history/court.html
Retrieved June 18, 2015 12:58 am

5. Amazing oratory from Roosevelt about the need to tie benefits to wages notwithstanding, this Act, like most of his struck-down *New Deal*, is unconstitutional.

6. Undeterred by the Constitution, Roosevelt figured out a way to make the Act repeal-proof:

> **A President Tries to Pack a Court-**
>
> In early 1937 President Roosevelt made what turned out to be the biggest political blunder of his career, and yet it was a blunder that would have fortuitous, even pivotal, importance for the fate of Social Security.
>
> Federal judges are appointed for life. The Supreme Court of the 1930s was the most elderly in the history of the Republic, with an average age of over 71. President Roosevelt would derisively refer to them as "those nine old men." Actually, he only had four of them in mind. The Court was split down the middle in political terms. On the liberal side were three justices sympathetic to the New Deal programs (Brandeis, Stone and Cardozo); on the conservative side were four justices who voted against everything the Congress and the Administration tried to do (McReynolds, Butler, Van Devanter and Sutherland). In the middle were Chief Justice Charles Evans Hughes and Justice Owen Roberts, who were often "swing votes" on many issues. In the spring of 1935 Justice Roberts joined with the conservatives to invalidate the Railroad Retirement Act. In May, the Court threw out a centerpiece of the New Deal, the National Industrial Recovery Act. In January 1936 a passionately split Court ruled the Agricultural Adjustment Act unconstitutional. In another case from 1936 the Court ruled New York state's minimum wage law unconstitutional. The upshot was that major social and political reforms, including social insurance programs, appeared headed for defeat. This despite the obvious will of the electorate who returned Roosevelt to office in 1936 with the largest landslide in history.

7.    So we have, *in the government's own words,* the sordid legislative history of the Social Security Act of 1937, whereby tying benefits to earnings placated the power-tripping conservatives who cannot stand the idea that a poor person might be able to exist under something other than the threat of poverty, homelessness, starvation, and preventable death inherent in unbridled capitalism.

8.    Not sufficient to trust the judiciary, and in a manner which would make the authors of the PATRIOT ACT blush, Roosevelt then issued a veiled threat to involuntarily retire the judicial nuisance that was the SCOTS monopoly, one generally credited with allowing the Act to survive.

3

President Roosevelt's response to all of this was stunning and unexpected. On February 5, 1937 he sent a special message to Congress proposing legislation granting the President new powers to add additional judges to all federal courts whenever there were sitting judges age 70 or older who refused to retire. Couching his argument as a reform to help relieve the workload burden on the courts, President Roosevelt's unusually blunt language made it clear what he really had in mind: *"A part of the problem of obtaining a sufficient number of judges to dispose of cases is the capacity of the judges themselves. This brings forward the question of aged or infirm judges--a subject of delicacy and yet one which requires frank discussion. In exceptional cases, of course, judges, like other men, retain to an advanced age full mental and physical vigor. Those not so fortunate are often unable to perceive their own infirmities. . . A lower mental or physical vigor leads men to avoid an examination of complicated and changed conditions. Little by little, new facts become blurred through old glasses fitted, as it were, for the needs of another generation; older men, assuming that the scene is the same as it was in the past, cease to explore or inquire into the present or the future."* [3]

The practical effect of this proposal was that the President would get to appoint six new Justices to the Supreme Court (and 44 judges to lower federal courts) thus instantly tipping the political balance on the Court dramatically in his favor. The debate on this

### Anti-Discrimination Laws And The SSA

9.   Having just gotten around to canonizing the Miranda warning, and clarifying the language of the Second Amendment, and on a planet where the can **opener** was invented a full half-century after the tin can, justices has been delayed and denied to the collateral damage endured by Plaintiff, and those similarly situated.



10. Plaintiff avers, based on watching video the *2015 Academy Awards* and reading it on the internet, that women earn less money than men in their lifetimes. Not surprisingly, the average retirement benefit is *$300.00+ greater for men than for women*.

11. The government, as a matter of public policy, uses presumed discrimination as the constitutional basis for affirmative action, equal pay, and other statutes.

12. Whistleblowers like Plaintiff earn less money in their lifetimes than those who *don't snitch*.

13. (Whistleblowers + anti-poverty) > any other compelling public interest.

14. Whistleblowers > Jerry Sandusky and his $59,000+ pension from the Commonwealth.

**The As-Applied Challenge (General)**

15.     Plaintiff is ***not*** appealing the findings of the SSA, as this lawsuit is beyond that scope.  He is challenging the constitutionality of the benefits-calculation provision of the SSA, and of private pensions ensured by the PBGC.

16.     To quote what Arquette would have said, had her speechwriters thought of it: ***why is the government <u>punishing</u> elderly women a second time for discrimination?***

17.     Even without civil rights legislation clearly creating a circumstance whereby targets of discrimination are punished under color of law with a reduced retirement (or disability) check, the retirement-benefits calculation violates the Equal Protection provision of the Fourteenth Amendment, with no possible compelling interest offsetting elderly poverty, employment discrimination, or whistleblower-silencing, assuming that was even the consequence of the least restrictive means.

**COUNT ONE:**
**TITLE VII AND EQUAL-PROTECTION VIOLATIONS (BOTH DEFENDANTS, GENERAL)**

18.     Plaintiff incorporates by reference, as if fully set forth verbatim herein, the entire contents of all previous paragraphs.

19.     Plaintiff's lifetime earnings have been reduced by at least one act of provable discrimination.  Indeed, he just sued Kelly Services (***"The Kelly GIRL People"***) and Independence Blue Cross ("IBX") under the Rehabilitation Act, for not taking Plaintiff seriously when he said he wishes to work.  Should the need to prove more exist, if this Court asks via leave to amend, Plaintiff shall give plenty more on amendment.  Given the real retaliation risks of doing so, Plaintiff hopes this Court will simply stipulate that he is a targeted class.

20.     Because SSA and private pensions (for which Plaintiff is less likely to qualify due to discrimination), tie retirement (and disability) benefits to wages, they have run afoul of Title VII of the Civil Rights Act of 1964, the Equal Pay Act of 1991, the Rehabilitation Act of 1973, and The Americans With Disabilities Act of 1990, among other statutes, as well as the Equal Protection Clause.

21. Like Bill Clinton's portrayer said during an SNL skit about his not meeting Megan Fox, who was in the studio at the time: *that's just **wrong**!* It's also been illegal since no later than 1963, which is why Plaintiff states this claim for relief on this basis.

22. Absent discrimination, Plaintiff's monthly SSDI check would approach *two thousand dollars a month*. The same is true for the more sympathetically situated women, minorities, other disabled, felons, and others not named Jerry Sandusky.

23. While Plaintiff is entitled to an SSDI check based on his *imputed income* (the one that would have been used to determine his child support payments) of almost "two dimes a month," he concedes the compelling interest in preserving the system while allowing time for it to phase out its illegal parts. To this extent, Plaintiff concedes a compelling interest except to the extent that his monthly benefit is beneath the federal poverty level of $11,770.00 in annual income for 2015, or $980.83 a month, to which he asserts entitlement based the dual public interests of anti-poverty and anti-discrimination.

24. Plaintiff is entitled to injunctive relief sufficient to terminate the current benefits-calculation formula, replacing it with one which a) is not tied at all to wages, and b) in transition, which does not keep even one benefit recipient in poverty while Jerry Sandusky is collecting his $59,000 a year. He is further entitled to c) his tax *dollar* not being used to fund equally unconstitutional pensions via PBGC.

25. Plaintiff is proposing that a new, legal system be phased in by the year 2070, so that anyone currently in the workforce now retains the option of the current system, while the government offers buyouts to speed up the process.

## COUNT TWO:
### ADA/REHABILITATION AND EQUAL-PROTECTION VIOLATIONS (SSA, DISABILITY)

26. Plaintiff incorporates by reference, as if fully set forth verbatim herein, the entire contents of all previous paragraphs.

27. Under the current SSA benefit-calculation formula, Plaintiff could not have been determined to be disabled prior to 2011, not because he was not disabled, but because he was earning too much to qualify for benefits.

28. Plaintiff has been disabled since his suicide attempt on Sunday, July 8, 1984 at or around 4:20 p.m. He has bipolar disorder.

29. Plaintiff has been discriminated against and otherwise had his income reduced due to disability, due to increasing stigmatization, ever since his diagnosis. Examples of how Plaintiff is perceived include his being called names, in public, without shame from the speaker, like *a\*\*hole, overbearing*, *psychotic, sociopathic, bitter, whining, crazy, Fr00Tl00P* (on USENET), *batsh\*t crazy*, and *unemployable*, the final one told to this very Court in 2003, by the University of Pennsylvania (who employees thousands of secretaries), with Judge Anita Brody agreeing, saying "[Plaintiff's] employability has always been in question," when she ordered the Rule 35 examination in the course of Plaintiff's Title VII lawsuit.

30. Simply put, no one likes Plaintiff and no one will hire him, despite his many skills, due to his attitude and mental illness. It merely took until 2011 for his many skills to no longer allow him to fall over the "cash cliff" of the SSA's income limit.

31. Unlike workman's compensation, SSDI does not provide a *reduced earnings benefit*, even in an extreme case like Plaintiff's.

32. Plaintiff's current lawsuit against *The Kelly GIRL People* and IBX stems from an incident in February, 1994, by which both Defendants terminated Plaintiff, explicitly citing his (alleged) "disorientation" as the grounds for termination.

33. Plaintiff was punished a second time for this incident by Defendant SSA, because he did *not* take the other defendants at face value, did *not* take the easy way out, and did not apply for SSDI. He had no reason to: he could still find work, albeit at the reduced rates of $7.50-9.00 an hour, thus greatly

reducing his benefit check. Plaintiff was at his peak income from 1987-1993, and had lost four years of work credits (1983-1986) due to having been employed in the family business, literally against his will. Indeed, had Plaintiff waited but a year longer, he would be on SSI, and not even allowed to accumulate wealth without sacrificing his benefits. Though he lacks standing, Plaintiff avers that SSI should be abolished and replaced with universal SSDI, imputing at least *minimum wage.*

34.     If this Court truly believes that Plaintiff would ever have blown a single whistle, thus exacerbating his limited options for employment, had he known he would wind up with an "early-retirement" check of $867.00 a month instead of a lifetime SSDI check which would now approach "two dimes," it is mistaken. Is there not a public interest in encouraging whistleblowers? Because stigma is what makes Plaintiff unemployable due to disability, he refers to his benefit as *whisability*.

35.     Plaintiff avers that the only three constitutionally sound classifications for workers are *employed, retired*, and *disabled*, except where a worker has consciously refused offers of employment. "Disability" is a matter of time when one lacks housing, food, and proper medical care, with delays costing not just lives, but a lot of money that would not be necessary were everyone's benefit check at parity with poverty.

36.     Because starvation and suicide are not options, Plaintiff further avers that *poverty itself* a breach of the social contract, simply due to the increased secondary costs to society when its inevitable effects kick in, without the economically mitigating factors of death and starvation to reduce costs. Theft, of course, is illegal, which leaves this lawsuit as the only real option, save for an act of maturity by Congress, for which Plaintiff is not holding his breath. This is not "legislating from the bench," but rather the judiciary's proper role of *judging* legislation from the bench, something the fearful 1937 court could not do, as per the government's own words.

37.     Plaintiff's constitutional harm and damages are simple: the inability to travel, in this case to rebuild his life in privacy, secondary to his having been *cyberstalked* for close to twenty straight years,

including defamatory allegations that he is a pedophile, more imputations of mental illness, and the publication of his address and likeness to incite offline harassment.  Regarding 36) above, Plaintiff is not suicidal, for if he were, he would be challenging to apply Oregon's assisted-suicide statute nationally, under equal protection grounds.  He asks only that the government stop breaking the law so that his benefits allow him the proper exercise of his citizenship.

38.    Plaintiff is entitled to an order enjoining the SSA from calculating retirement and disability benefits in a manner which runs afoul of the constitution.  Specifically, he is entitled to an order requiring the SSA to change its benefit formula for *all* Americans, to where disability is determined solely by medical capability, and income is imputed for those months or years where the disability resulted in reduced income, in this case from $22,000.00+ (in 1993) to $9,000.00+ (since).

39.    Plaintiff seeks no "earthquake" that would double his benefit check, but asserts that he is entitled to $980.83 per month, sufficient to keep him at parity with the poverty level, and that this benefit *not* include any deductions for Medicare.

40.    Plaintiff is also entitled to *not* enroll in Medicare until he is sixty-five, or takes full retirement at seventy, should he live that long (see below).

41.    Plaintiff further asserts an equal-protection violation, on the basis of his SSDI check automatically converting to a retirement check at age sixty-five, rather than allowing Plaintiff to gain the much-needed benefit that comes with retiring at seventy.

**COUNT ONE:**
**EQUAL-PROTECTION VIOLATIONS (GEOGRAPHY)**

42.    Plaintiff incorporates by reference, as if fully set forth verbatim herein, the entire contents of all previous paragraphs.

## Three Retirees Walk Into A Bar In Florida:
## One from New York City, Iowa, And Kansas

43.    The retiree from New York is the only one who can afford to drink there, because his check was inflated by his geographically inflated income, in clear violation of the Fourteenth Amendment. Plaintiff states this claim for relief on this basis.

44.    Plaintiff is entitled to have his income imputed based on his having worked in New York City his entire life, as a person not disabled.

45.    Plaintiff is entitled to injunctive relief sufficient to terminate the actionable conduct.

### PRAYER FOR RELIEF

Plaintiff prays to this Court for the following relief:

1.    An increase in his monthly SSDI benefit to **at least** the poverty level, but also to his imputed-income level, as determined by this court.

2.    An order enjoining the PBGC from insuring privately funded pensions.

3.    That his tax **dollar** no longer be used to punish targets of discrimination in disability and retirement, via a court order to the SSA and PBGC to devise a constitutionally sound benefits-calculation formula.

4.    A declaration that Plaintiff has been disabled for his entire working life, via overwhelming preponderance of the evidence, and the **person-not-living-under-a-rock** standard.

5.    An order requiring the SSA to calculate disability based on medical, not financial, considerations, and to design a system similar to the reduced-earnings benefit for workman's compensation, for both its SSDI benefits, and retirement work-credit formula.

6.    Anything less would be uncivilized, in violation of the social contract, and so prohibitively expensive that the entire system is projected to collapse within two decades if not changed.  Plaintiff is here not to change the system, but to have an illegal system shut down.

**JURY TRIAL DEMANDED**

Plaintiff exercises his right to trial by a jury of his fellow established pillars of the community.

This the 19th day of June, 2015

_____
Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(267) 298-1257
SnodgrassPublish@aol.com
**PLAINTIFF**

12

# EXHIBIT B

**Sammy Green**

| | |
|---|---|
| **From:** | BettorOffSingle@aol.com |
| **Sent:** | Saturday, July 18, 2015 12:48 PM |
| **To:** | Gary Green |
| **Subject:** | Re: #14  RE: #13  -- RE: Rule 26(f) conference and 21(a) disclosures |

Tell your client I will no longer bite my tongue regarding her or her practice as I consider her threats of SLAPP litigation to have made this a free-speech issue, at which point I will exercise my First Amendment rights to every extent legally allowable.

The "no posting" below of course meant only during the eight days I was considering the offer.  Since your client has refused to replace your firm, it's obvious she wishes to litigate rather than negotiate.  I had two specific settlement ideas that would have given her what she sought but *your* conduct stopped me from presenting them.

None of this would be happening had your client not threatened me with litigation.  The record clearly shows this, just like it shows that she is the one who is/was harassing me, now using you as her instrument.  I take threats to my free speech very seriously, and most on the internet do not take a favorable view of those who attempt to use litigation to silence the free speech of others.

Sincerely,
Gordon Roy Parker, Pro Se

In a message dated 7/2/2015 11:40:06 A.M. Eastern Daylight Time, gg@GreatLawyers.com writes:

You wrote: "Were you to extend the deadline to next Friday, I would consider it until then AND refrain from posting anything new about your client as a measure of good faith"

Ok- I accept your terms, as quoted above. We have a deal. The deadline for your acceptance is re-set to next Friday and there will be zero posting.

EXHIBIT C

**Penn Valley Pa. Office:   610 664 4456**
**Cell Phone:               267 991 4220**
*gg@greatlawyers.com*

_____



**www.greatlawyers.com**

nlt-msi

---

**From:** BettorOffSingle@aol.com [mailto:BettorOffSingle@aol.com]
**Sent:** Thursday, August 20, 2015 10:00 PM
**To:** Gary Green <gg@GreatLawyers.com>
**Subject:** Re: #41 Parker -- New Evidence RE: Your Client's Hypnofetish Marketing

The whole purpose of this lawsuit is to have your client litigate her case, but she doesn't seem to want that.  I'm more than available to defend any type of claim she wishes to make, and have been all along.

Your client has lied to you, and I just proved it.  No need for you to take it out on me with more vague, extortionist threats that will only bolster my abuse-of-process claim against your firm.  She's a self-admitted fetish model who continues to market to the fetish, and even hypnotizes random people over internet camera without any diligence.  Her statements to the contrary are fraud upon the court, plain and simple.

I told you my silence was a *courtesy.*  Your client is injecting herself into multiple matters of public concern, as are YOU when you call me the names you have in your pleadings.  YOUR internet history is being written with every threat.  As you'll learn if you try to silence me or any dissenter to your client's attempt to turn the internet into her personal marketing space, the First Amendment offers amazing protection, and I've certainly not harassed or stalked your client by any stretch of the imagination.  It is she and you who are using the system to harass me. The burden's on you to stop anyone's free speech and all you do is repeatedly make vague threats when you could just file something, ah but then you can't take it back and I get to present my side, as I've been willing to do all along.

You can consider my radio silence over.

Sincerely,
Gordon Roy Parker, pro se

2

# EXHIBIT D

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...



Don't let them get away with it.® Let the truth be known!™

  

| ■ Home | ■ Help | | | | ■ Register to File a Report | ■ Login |
| --- | --- | --- | --- | --- | --- | --- |

■ Total Visits since 1998: **8,820,000,000**   ■ Estimated money Consumers saved since 1998: **$15,449,000,000.68**   ■ Reports filed: **1,974,408**

| FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Repair your reputation the right way Corporate Advocacy | Company Name or Report # | SEARCH |

■ Ripoff Report protects consumers first amendment right to free speech        ■ Review Latest Reports  ■ Advanced Search  ■ Browse Categories

Advertisers above have met our *strict standards for business conduct*

**Report: #1234148**

# Complaint Review: New Age Hypnotist Jacqui Holland

### Related Reports

Hauser List Services You have to beg to be paid by this company! East Meadow New York

rcicruiser.com misleading statements such as no additional fee except for giv tax and port fee, this is not true internet

plasma net inc freelotto i have been trying to cancel my subscription and when i try to change the status on my phone i can't get through, i have been trying to unsubscribe for several months grand central station, new york, new york 10163 new york

UTH Urgent Tech Support I have been called several times that my PC was about to crash. They say that are techs connected with Microsoft Corporation and they get a warning from my PC. I fell for it the first time and they almost got $177.00 out of me. I was able to stop them from receiving the money and removed the icons off my desktop, one of which is used for criminal activity. New York City and London

S & S Heating S & S FuelHart Home Comfort Stay Away From Oakdale New York

RHEEM / Heating & Cooling Supply Fresno California Selling me too many defective units and it is difficult to exchange them for a new one..

Vista BMW Motors New vehicle had front end impact not disclosed but had a clean fax Pompano Beach Florida

Merit Service Solutions, LLC Merit Service Solutions NON-PAYMENT TO VENDORS Marlton New Jersey

Credit Fix Institution CFF Approved me for a loan with promise of 2 hour account deposit. Ventura California

Nuway Living scammed for 79.99 South Plainfield New Jersey

### Featured Ripoff Reports

■ **Submitted:** Sun, June 07, 2015   ■ **Updated:** Tue, June 09, 2015
■ **Reported By:** BettorOffSingle — *Philadelphia Pennsylvania* USA

■ **New Age Hypnotist Jacqui Holland**    ■ **Phone:** 818-521-7971
10254 West Pico Boulevard, Suite 216      ■ **Web:** http://www.newagehypnotist.com
Los Angeles, California                   ■ **Category:** Alternative Health
USA



## New Age Hypnotist Jacqui Holland Fetish Models Should Not Do Hypnotherapy Los Angeles California

***Author of original report:** She is now "Synergy Hypnosis & Life Coaching" And "Jacqueline Faye"*

***Author of original report:** Pestiferous? Defendant's Attorney Gary Green Threatens Rule 11 Sanctions*

***Author of original report:** Update*

***Author of original report:** Lawsuit Has Been Filed: E.D.Pa #15-cv-3304 (Parker v. Goldhagen)*

***Author of original report:** I Am Asking A Court To Review This Review*

***REBUTTAL Owner of company:** To be fair*

***REBUTTAL Owner of company:** Internet Troll*



**REBUTTAL BOX™ | Respond to this Report!**

http://www.ripoffreport.com/r/New-Age-Hypnotist-Jacqui-Holland/Los-Angeles-California-90064/New-Age-Hypnotist-Jacqui-Holland-Fetish-Models-Should-N...   1/6



Ripoff Report | New Age Hypnotist Jacqui Holland Los Angeles Complaint Review: Los Angeles, California

| Add Rebuttal to this Report | ? | Aribitrate & Set Record Straight | ? |
| File New Report | ? | Repair Your Reputation | ? |



**Bill O'Reilly Fox News Inaccurate Statements about Ripoff Report**

**\*UPDATE January 1, 2015 INVESTIGATION UPDATE**
Sac County DA Ben Smith Fails to identify false statements, fails to support accusations w/ clarifications vague sloppy misleading.
**Prosecutorial Misconduct**



*Sac County Iowa Prosecutor's Allegations Warrant Unprecedented Action from Ripoffreport.com*

**Ben Smith Sac County Iowa Attorney prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts, Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.**



**Free Tracy Richter**

**A Son's Plea: "We are humbly asking for your help in our quest for justice for my mother, Tracey Richter. She was falsely convicted of murder in 2011 for defending her family in a house invasion that occured in 2001."**

**The New "Digital Extortion"**
Is there a Ripoff Report on you?



**Reputation Management SEO WARNING!**
They might contact you next!

BBB: What consumers need to know



*20/20 exposes the real BBB*

---

 Hypnosis is a known sexual fetish, which is why attractive female hypnotists can write their own ticket. Jacquie initially wrote hers by performing at high-level private parties and events, a very lucative gig that can open doors. Any woman intelligent enough to hypnotize people on stage is more than intelligent enough to know she's turning on almost every male who falls under her spell. Beauty itself is hypnotic, and adds to the trance, even if the ostensible purpose is therapeutic. As a general rule, it is wise to keep the lines between stage hypnosis, fetish hypnosis, and therapeutic hypnosis well-drawn; this is why I never became a hypnotherapist.

After finding a very powerful induction (and very sexy, replete with phone-sex voice and dominant overtones), from Jacqui on YouTube, I tried to see if she had any videos for sale on the clips site. [continued below]....

**Report Attachments:**



..... It is there that I found this highly trained SAG actress (all of which make for vastly superior hypnotists) had a page on "Customs Club," a website for custom fetish hypnosis videos. I offered Jacqui $1,000 to perform a sexy induction with deep mind control, for the purpose of helping my chess (by tying the motivation to win to getting a beautiful woman, and through the rejuvenative effects of the hypnosis itself). She accepted my offer, but I had sent a duplicate and asked her to clear that up by e-mail. Jacqui's response to my e-mail was a request for me to pay her by Paypal, which would have risked my account, as they don't allow adult transactions, and it would have required me to cut out Customs Club, which was not fair to them.

I immediately declined the transaction, and was no longer comfortable dealing with Jacqui, who put me in a bad position since now she is useless to me as a hypnotist, as I didn't trust what she had done, and other hypnotists are useless because they lack her extreme level of talent and training. It's like hypnosis suddenly becomes a drug you know isn't the strongest. Hypnosis's fatal flaw is that other people control its dosage. In this case, I have to use what my brain knows to be inferior hypnosis while patiently waiting for a superior hypnotist to come along, what could be a long wait though I'm guessing Jacqui's ultimate gift to me will be the hundreds of copycats who come around later. Someone who claims to understand artists don't do a good job in my case, and I would rather have never seen her hypnosis at all than to be bait-and-dishonest manner. Is she talented? Extremely. Would I recommend letting her inside your head? Never. I've been doing hypnosis since I was eight. Hypnotists like Jacqui are great if they like you or want something, and can be a psyche-injuring nightmare otherwise. She crossed into a seriously controverisial gray area when she put up that fetish video page as well. A male hypnotherapist with a similar duality would be met with skepticism at best.

Technically speaking, she has a "theoretical seal" based on my perception of her ability that will not be broken until a superior trance is induced. I've been through this before; the longest I had to wait for one to break was nine years. Because a hypnotist is not obligated to work on a subject, there is no penalty for leaving one sealed, but there should be. Anyone who can hypnotize you can seal you, intentionally or unintentionally, and if they do, you are at their mercy. You've seen how she behaved in that position with me. I cannot speak for what she would do with anyone else.

→ Is this
**Ripoff Report**
About you?

**Ripoff Report**
A business' first line of defense
**on the Internet.**

If your business is willing to make a commitment to customer satisfaction
**Click here now..**

Does your business have a bad reputation?
Fix it the right way.
**Corporate Advocacy Program™**

SEO Reputation
Management at its best!

8/21/2015     Ripoff Report | New Age Hypnotist Jacqui Holland Fetish Complaint Review Los Angeles, California: 37-148

90064/New-Age-Hypnotist-Jacqui-Holland-Fetish-Models-Should-Not-Do-Hypnotherapy-Los-Angeles-Ca-1234148. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the posting time may be Mountain or Pacific depending on the time...

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

**Click Here to read other Ripoff Reports on New Age Hypnotist Jacqui Holland**



**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

New Age Hypnotist Jacqui Holland   [ Search ]   ? Search Tips

**Report & Rebuttal**

**Respond to this report!**    **Also a victim?**    **Repair Your Reputation!**

[ File a Rebuttal ] ?    [ File a Report ]    [ Get Started ] ?

**Arbitrate**

**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

**REBUTTALS & REPLIES:**

**Updates & Rebuttals**    💬 5 Author   💬 0 Consumer   💬 2 Employee/Owner

**#1 Author of original report**

## She is now "Synergy Hypnosis & Life Coaching" And "Jacqueline Faye"

AUTHOR: - ()
SUBMITTED: Wednesday, August 19, 2015

Ms. Holland has changed the name of her hypnotherapy business to "Synergy Hypnosis & Life Coaching." Her new website is http://www.synergy-hypnosis.com

Jacqui has said some really horrible things about me in the lawsuit pleadings, and I have rebutted them with my own pleadings. I have created a page on my website with most of the major pleadings from Parker v. Goldhagen, for those who want to see the pleadings without having to pay PACER fees:

http://www.toosmarttofail.com/jacgpot.html

Suffice to say I take issue with what was said about me in the pleadings, but the reader should read my responses, and keep an open mind until this litigation runs its course.

**Respond to this report!**   [ File a Rebuttal ] ?

**#2 Author of original report**

## Pestiferous? Defendant's Attorney Gary Green Threatens Rule 11 Sanctions

AUTHOR: - ()
SUBMITTED: Tuesday, June 30, 2015

(((link redacted)))

I've never been called "pestiferous" before.

Jacqui's defense, through her counsel, Gary Green, Esq. of Sidkoff, Pincus & Green in Philadelphia, seems to rest on a lack of jurisdiction, but has taken the form of a Rule 11 motion for sanction, which was not filed, but sent to me prior to filing, giving me the opportunity to "cure" by withdrawing the complaint.

According to the pleading, I am obsessed with Jacqui and using this lawsuit as a means of injecting myself into her life. The only problem with this, aside from my having broken contact with her before she contacted me again, is that SHE threatened to sue ME. She says this court has no jurisdiction over her case but any threatened lawsuit would have to be heard here.

She told me to CENSOR my review of her work or face legal action, yet complains

**Past Featured Reports**

**Ripoff Reports**

epromose offered merchant ...and didnt get paid Nationwide

Greenstar Home Services REVIEW: Greenstar Home Services dedicated to total customer satisfaction. Greenstar offers direct access to CEO for any customer challenge. *UPDATE: Greenstar Home Services pledges commitment to Ripoff Report Corporate Advocacy, Business Remediation & Customer Satisfaction Program. A program that benefits consumers, ensuring complete satisfaction, confidence when doing business with a member business. Greenstar Home Services recognized by Ripoff Report Verified™ as a safe business service.

Iron Doors Now REVIEW: Iron Doors Now dedicated to 100% customer satisfaction. Money back guarantee *UPDATE: Iron Doors Now pledges commitment to Ripoff Report Corporate Advocacy, Business Remediation & Customer Satisfaction Program. A program that benefits consumers, ensuring complete satisfaction, confidence when doing business with a member business. Iron Doors Now recognized by Ripoff Report Verified™ as a safe business service.

Karl Bryan / Leader Global Consulting REVIEW: Leader Global Consulting coaches feel safe, confident, assured of success when doing business. Foundation of Leader Global Consulting is unrelenting dedication to results, support, & customer satisfaction. Commitment to Ripoff Report Corporate Advocacy Business Remediation & Customer Satisfaction Program, a program benefiting consumers, ensuring complete satisfaction & confidence when doing business. *UPDATE: Karl Bryan pledges commitment to always improving operations by joining Ripoff Report's Corporate Advocacy, Business Remediation and Customer Satisfaction Program. A program benefiting consumers by increasing confidence when doing business with a member business. Karl Bryan recognized by Ripoff Report Verified™ as a safe business service.

Sell Used Games They took my xbox 360!! Austin, Texas Internet

Patriot Auto Transport Michael Anthony Total Scam Company - The Boss Trains the Sales People how to ripoff customers - SICK Miami Nationwide

**Is There a Report About You?**   [ Watch This 3 Minute Video! ]


**Big Gator Insurance Mt Pleasant SC Big Gator Insurance Big Gator** Insurance 1440 Ben Sawyer Blvd Suite 1101 #159855-BIG-GATR, linkedin.com/pub/brad-dillman/19/180/860 Brad Dillman, Brad was completely unprofessional, rude and tried to hit on me Mt Pleasant South Carolina


**Millennium Travel & Promotions** Statements made that tickets & refund check were sent which appear to be lies as have never been received. New Smyrna Beach Florida


**urban arts showcase elevated scott x101iamz, scott mcdowell, global attack** mixtapes This individual put a memorial show together for a deceased member of my family where half of the proceeds were to go to his children. He not only took all of the money he went ahead to racially assault his widowed spouse. Is especially disturbing since he claims to work with urban artists. New York Internet


**EXPEDIA INC. HOTELS.COM.** CHEEPROOMS.COM FALSE ADVERTISING, MISLEADING, MISREPRESENTATION BELLEVUE INTERNET. WA.


**DiGesare Mechanical Inc** Non payment of Shop Drawings Filed a Mechanics Lien Schenectady New York


**Superior Mechanical Systems** Didnt pay me for a job, I filed a lien on the owners property. We will keep doing this Raul Pinellas Park Florida


**H.A. Sack Co. Inc H.A. Sack** Didnt pay me for a job, I filed a lien on the owners property. Rude owners unprofessional Statesboro Georgia


**Thermal Air Conditioning, Inc Not payed for a job** This is what happens when u dont pay people Pasadena California


**Regency Towers Las Vegas Country Club Estates** Living here is a NIGHTMARE!!! Las Vegas Nevada


**Bitcoin Multiplier X100** They promise 100 fold return in 24 hours and then keep your money. N/A Internet

Willow River Farm Barb Wilson, Willow River Farm Sold Me A Sick Miniature Australian Shepherd Puppy, Internet

Damian

about a "chilling effect on speech." I am f**king TERMINALLY ILL and no threat to anyone. I'm also legally blind and can barely travel. What the f*** is her problem I ordered a video and that should have been that. It's like if a clown didn't show up for a kid's birthday party nothing more nothing less. I have no interest in ever talking to this woman and deeply regret ever dealing with her in the first place.

I find it odd that she didn't sue Customs Club when she's siccing an expensive lawyer on me, and calling me every name in the book when I went out of my way to find someone not likely offended by what I was seeking. I wasn't knocking on doors in a nunnery.

The audience should keep in mind that I have yet to be served with this motion, or a motion to dismiss, so my reply (if any) hasn't been filed yet. When it is, I believe that the facts that come to light will be conclusive, and leave it at that.

**Respond to this report!**   [ File a Rebuttal ]

---

**#3** Author of original report

## Update

**AUTHOR: - ()**

SUBMITTED: Sunday, June 21, 2015

It appears Jacqui Holland has removed some of the controversial pages related to the original report, which pertains to the hypnotist with whom I was dealing in early June, 2015. As Jacqui is evolving from a cutting-edge, sexy film star towards a more mainstream hypnotherapist, who is can easily change rapidly, and is more relevant to those now considering her for hypnosis. I spoke of my personal experience with her at a given point in time.

**Respond to this report!**   [ File a Rebuttal ] 

---

**#4** Author of original report

## Lawsuit Has Been Filed: E.D.Pa #15-cv-3304 (Parker v. Goldhagen)

**AUTHOR: - ()**

SUBMITTED: Wednesday, June 17, 2015

Ms. Holland (Goldhagen) threatened me with a libel action over the initial report, wo I have elected to give her her day in court to explain why she thinks I should not have the right to leave it as is. I will abide by the outcome of this case:

http://toosmarttofail.com/parker-v-goldhagen-edpa-15-cv-3304.pdf

Regardless of the outcome of the legal action, I cannot say that I am personally pleased with the outcome of my business dealing with Jacqui, for reasons I have already stated. I had only been trying to improve my chess in a very unconventional way for which Jacqui has a unique skillset that is not easily found elsewhere. I have never questioned her ability to hypnotize people.

**Respond to this report!**   [ File a Rebuttal ] 

---

**#5** Author of original report

## I Am Asking A Court To Review This Review

**AUTHOR: - ()**

SUBMITTED: Wednesday, June 10, 2015

Due to a threat of litigation from Ms. Holland, and the inability to temporarily suspend this report, which I still stand by, absent a ruling to the contrary, I am in


DMYSTICSEXY DAMIAN DELANGERON CAM DANGEROUS MAN ILLEGAL RESIDENT USA FAKE MULTIMEDIA SITE .HANG OUT WITH CRIMINALS santa monica California


Nathan Fistner Nathan Fistner is Discriminatory .Only likes gay people and fired me. rancho cordova California


My experience visiting: WeWork Santa Monica, Becky Yang Becky Yang Johnny Messina Becky Yang (((Redacted))) Santa Monica California


Treasure Valley Blinds and Shutters LLC Swap meet blinds Meridian Idaho


Just Add A Bow Sheryl Torres She Scammed me in $200 - I got BLOCK from her page so I can no longer contact her Internet


The Natural Sapphire Company Michael Amstein Natural Sapphire Company New York Anyone wishing to do any business with The natural sapphire Company is suggested to exercise caution New York, New York


Metro PCS, Alba, 8191 NW 27 Avenue Miami RUDE, BAD CUSTOMER SERVICE. UNPROFESSIONAL, BROKE MY PHONE, CHARGED ME Miami Florida


ELCCustoms Jimmy Rappuhn Very poor workmanship and very high priced for what they did do. Waterford Michigan

the process of filing a lawsuit for declaratory relief from a judge which says my report is okay. Since the court will have the final word, by which I will abide, I ask the audience to do the same and to reserve judgment on Ms. Holland, whose hypnosis induction skills I have never questioned and in fact admire, until such time as the dispute is resolved. Should the ruling be unfavorable to me, I will abandon any position in the review and retract it in lieu of a deletion that this site does not allow.

While I believe in what I write, it is never my intention to violate anyone's rights, and this notice reflects that. I am giving Jacqui a chance to have her day in court, literally, to resolve this once and for all. Thank you.

Ray Gordon

**Respond to this report!** [ File a Rebuttal ] 

**#6 REBUTTAL Owner of company**

## To be fair

**AUTHOR: Jacqueline - (USA)**
SUBMITTED: Monday, June 08, 2015

I posted a link about Ray Gordon that I found online while researching the man bullying me. He was harassing me and slandering my name repetitively and making my life a living hell. I am a healer and a very spiritual person so I feel like I must say this in good faith. I do not have any evidence that all this information in the link is correct. I do know that the majority seems to check out.

**Respond to this report!** [ File a Rebuttal ] 

**#7 REBUTTAL Owner of company**

## Internet Troll

**AUTHOR: Jacqueline - (USA)**
SUBMITTED: Monday, June 08, 2015

The man who wrote this review is an internet troll.

encyclopediadramatica.se/Ray_Gordon

He attacks attractive hypnotists and tries to ruin their careers. I am a legimate board certified hypnoterapist I am not a fetish hypnotist.

**Respond to this report!** [ File a Rebuttal ] 

**Report & Rebuttal**

**Respond to this report!** [ File a Rebuttal ]
**Also a victim?** [ File a Report ]
**Repair Your Reputation!** [ Get Started ]

**Arbitrate**
Remove Reports?
No! Better yet! Arbitrate to set the record straight!

**Ripoff Report in the Media**

 Ripoff Report on CBS 19
 Ripoff Report on CBS 19 - Global Marketing Alliance
 Ripoff Report on ABC 15 - Smart Shopper
 Ripoff Report - Girls Gone Wild
Ripoff Report on Fox 11 - Car Repair

See more videos

**Special Features**



WHAT YOU NEED TO KNOW
ABOUT THE BBB: NOT a
government agency as listed in
your local phone book. Instead
the BBB is a private non-profit /
franchise operation. 20/20
exposes the BBB, Hamas Terror
Group Gets 'A' Rating - BBB is
running a "pay for play" scheme.



Read how Ripoff Report
saves consumers millions.

loading

 Close

Home | File a Report | Consumer Resources | Search | Link to Ripoff Report | Customer Support for Technical Issues | General Questions and Suggestions |

Privacy Policy | Terms of Service | FAQ | About Us | Why Ripoff Report will not release author information! | Go to Mobile Version of Ripoff Report |

Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |

Want to sue Ripoff Report? | Donate to our Efforts | BadBusinessBureau.com | Media Requests | Government Requests | Legal Requests |

Copyright © 1998-2015, Ripoff Report. All rights reserved.