IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, a/k/a "Ray Gordon" : **Plaintiff** : v. : : JACQUELINE FAY GOLDHAGEN a/k/a Jacqui Holland : **Defendant** : | CIVIL ACTION NO. 15-3304 |

### ORDER

      AND NOW, this _____ day of _____, 2015, upon consideration of Defendant Jacqui Holland's Motion to Supplement the Record it is hereby ORDERED that Defendant's Motion is GRANTED. It is further ORDERED that the complete Complaint attached as Exhibit "A" to Defendant's Motion to Supplement the Record is hereby made part of the record of this case.

                                                                               _____

                                                                                                                                       J.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER,<br>a/k/a "Ray Gordon"<br>　　　　　　　　　　Plaintiff<br>　　v.<br><br>JACQUELINE FAY GOLDHAGEN<br>a/k/a Jacqui Holland<br>　　　　　　　　　　Defendant | :　CIVIL ACTION NO. 15-3304<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT JACQUI HOLLAND'S MOTION TO SUPPLEMENT THE RECORD**

　　　　Defendant, Jacqui Holland, by and through her undersigned counsel, respectfully moves the Court for an order allowing her to supplement the record. In support of her motion, Defendant states:

　　　　1.　　On June 12, 2015, Plaintiff Gordon Roy Parker ("Plaintiff") filed a Complaint ("Original Complaint") against Defendant.

　　　　2.　　On or about June 16, 2015, Defendant received the Original Complaint, which numbered 52 pages. *See* complete Original Complaint attached hereto as Exhibit "A".

　　　　3.　　According to the EDPA ECF system, the Original Complaint was either incorrectly filed by Plaintiff, or only partially uploaded by the Court, as ECF Doc. 1 is only 27 pages, which represents the second half the Original Complaint.

　　　　4.　　Two Motions are currently pending before the Court: Defendant's Motion for Rule 11 Sanctions and Defendant's Motion to Dismiss.

　　　　5.　　The complete Original Complaint is critical to Defendant's Motions as well as to ensure the record before the Court is complete. *See* Declaration of Gary Green attached hereto as Exhibit "B".

1

2

Wherefore, Defendant respectfully requests leave to supplement the record in this matter with the Original Complaint.

Respectfully submitted,

_____
Gary Green, Esquire
Attorney I.D. PA 15730
**SIDKOFF, PINCUS & GREEN, P.C.**
2700 Aramark Tower
1101 Market Street
Philadelphia, PA  19107
(215) 574-0600
(215) 574-0310 (fax)
**Attorney for Defendant Jacqui Holland**

Dated:  August 25, 2015

## **MEMORANDUM OF LAW**

Defendant, Jacqui Holland ("Defendant"), submits this Brief in support of her Motion to Supplement the Record. Defendant does not waive her right to the defense of personal jurisdiction with the submission of this Motion.

### I. INTRODUCTION

On June 12, 2015, Plaintiff Gordon Roy Parker ("Plaintiff") filed a Complaint ("Original Complaint") against Defendant. On or about June 16, 2015, Defendant received the Original Complaint, which numbered 52 pages. *See* complete Original Complaint attached hereto as Exhibit "A". According to the EDPA ECF system, the Original Complaint was either incorrectly filed by Plaintiff, or only partially uploaded by the Court, as ECF Doc. 1 is only 27 pages, which represents the second half the Original Complaint. Two Motions are currently pending before the Court: Defendant's Motion for Rule 11 Sanctions and Defendant's Motion to Dismiss. The complete Original Complaint is critical to Defendant's Motions as well as to ensure the record before the Court is complete. *See* Declaration of Gary Green attached hereto as Exhibit "B". Wherefore, Defendant respectfully requests leave to supplement the record in this matter with the Original Complaint.

### II. ARGUMENT

Defendant's Motion should be granted because Defendant relies on the Original Complaint to support her arguments in her Motion to Dismiss and Motion for Rule 11 Sanctions. "A court has discretion to grant leave to supplement the record of a case." *United States ex rel. Feldstein v. Organon, Inc.*, 2009 WL 961267, at *2 (D.N.J. Apr. 7, 2009) (allowing party to supplement record on motion to dismiss) (citing *Edwards v. Pennsylvania Turnpike Cmm'n*, 80 Fed. App'x 261, 265 (3d Cir. 2003) (concerning motion to supplement summary judgment

3

record)).

### III. CONCLUSION

Wherefore, Defendant respectfully requests that the Court grant Defendant's Motion for Leave to Supplement the Record.

Respectfully submitted,

_____
Gary Green, Esquire
Attorney I.D. PA 15730
**SIDKOFF, PINCUS & GREEN, P.C.**
2700 Aramark Tower
1101 Market Street
Philadelphia, PA  19107
(215) 574-0600

Dated: August 25, 2015
(215) 574-0310 (fax)
**Attorney for Defendant Jacqui Holland**

4

## CERTIFICATE OF SERVICE

I, Gary Green, hereby certify that on this 25 of August, 2015 a true and correct copy of *Defendant Jacqui Holland's Motion to Supplement the Record* and Memorandum of Law was served on all parties, via first-class mail and by electronic filing, postage prepaid to the following address:

Gordon Roy Parker
4247 Locust Street, #119
Philadelphia, PA 19104

Dated: August 25, 2015

*[signature]*
Gary Green, Esquire
Attorney I.D. PA 15730
**SIDKOFF, PINCUS & GREEN, P.C.**
2700 Aramark Tower
1101 Market Street
Philadelphia, PA 19107
(215) 574-0600
(215) 574-0310 (fax)
**Attorney for Defendant Jacqui Holland**

5