## IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **JACQUELINE FAYE GOLDHAGEN,** | : | **Case No:  15-cv-3304-TON** |
| Defendant | : | |
| | : | |

### ORDER

**AND NOW,** this _____ day of July, 2015, upon consideration of **Plaintiff's Motion For Voluntary Withdrawal Under Rule 41(a)(1)(A)(i)** It is hereby ORDERED that the motion is **granted.**  This case is dismissed without prejudice.

_____
J

# IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **JACQUELINE FAYE GOLDHAGEN,** | : | **Case No:  15-cv-3304-TON** |
| Defendant | : | |
| | : | |

## PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

**Plaintiff** Gordon Roy Parker ("Plaintiff"), in the above-styled action, is exercising his absolute right under Federal Rule of Civil Procedure 41(a)(1)(A)(i) to withdraw this case without leave of the Court, and without prejudice.

In support, he avers the following:

    1.    Defendant has not served an answer, or motion for summary judgment, upon Plaintiff.

This the 16th day of September, 2015

FILED

SEP 1 5 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

_____
Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(267) 298-1257
SnodgrassPublish@aol.com
**PLAINTIFF**

2

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **JACQUELINE FAYE GOLDHAGEN,** | : | **Case No:  15-cv-3304-TON** |
| Defendant | : | |
| | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S**
**<u>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)</u>**

**Plaintiff** Gordon Roy Parker ("Plaintiff"), in the above-styled action, submits this

Memorandum of Law in support of the above-referenced motion.

**FILED**

SEP 1 5 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**I.    <u>BACKGROUND</u>**

For numerous reasons, outlined in the motion, this case is best dismissed without prejudice

pursuant to Federal Rule 41(a), which seems to exist specifically for situations like this.

**II.   <u>LEGAL STANDARD/ARGUMENT</u>**

Federal Rule 41(a)(1)(A)(i) states:

> (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable
> federal statute, the plaintiff may dismiss an action without a court order by filing
>
> > (i) a notice of dismissal before the opposing party serves either an answer or a motion
> > for summary judgment

## III. **CONCLUSION**

WHEREFORE, for the reasons set forth hereinabove, this case should be dismissed **without prejudice**.

This the 16th day of September, 2015

Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(267) 298-1257
SnodgrassPublish@aol.com
**PLAINTIFF**

## IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **JACQUELINE FAYE GOLDHAGEN,** | : | **Case No:   15-cv-3304-TON** |
| Defendant | : | |
| | : | **FILED** |
| | : | SEP 1 5 2015 |
| | : | MICHAEL E. KUNZ, Clerk |
| | | By_____Dep. Clerk |

## CERTIFICATE OF SERVICE

I, Gordon Roy Parker, **Plaintiff** in the above-styled action, hereby attest and swear (and

certify) that I have served a true an correct copy of **Notice of Dismissal Pursuant To Federal**

**Rule 41(a)(1)(A)(1)** on defense counsel, by **e-mail and hand delivery**, as follows:

**Gary Green, Esq.**
Sidkoff, Pincus & Green
1100 Market Street, #2700
Philadelphia, PA  19107
GG@greatlawyers.com

This the 16th day of September, 2015

Gordon Roy Parker, Pro Se
4247 Locust Street, #119
Philadelphia, PA 19104
(267) 298-1257
SnodgrassPublish@aol.com
**PLAINTIFF**