IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER | : | CIVIL ACTION |
| v. | : | |
| JACQUELINE FAY GOLDHAGEN | : | NO. 15-3304 |

### O R D E R

AND NOW, this 21st day of September, 2015, upon consideration of defendant's letter to the Court (Dkt. No. 31), it is ORDERED that the Court declines ruling on the Rule 11 motion as there is presently no case pending.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.,   J.