IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER | : | CIVIL ACTION |
| v. | : | |
| JACQUELINE FAY GOLDHAGEN | : | NO. 15-3304 |

O R D E R

AND NOW, this 22nd day of September, 2015, upon consideration of plaintiff's motion for Rule 11 discovery (Dkt. No. 33) it is ORDERED that said motion is DENIED as unnecessary in view of the Court's Order of September 21, 2015.

                                          *s/Thomas N. O'Neill, Jr.*
                                      THOMAS N. O'NEILL, JR.,   J.